Derek Maurice BETHEL, Plaintiff–Appellant,

v.

CIVIC DEVELOPMENT GROUP, Defendant–Appellee.

No. 02–1983.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 13, 2002.

Derek Maurice Bethel, Appellant Pro Se. Nancy North Delogu, Katherine Anne Goetzl, Stacey L. Hawkins, Littler Mendelson, Washington, D.C., for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Derek Maurice Bethel appeals the district court's order granting the Defendant's motion for summary judgment and dismissing his civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bethel v. Civic Dev.*

*Group,* No. CA–01–54–4 (W.D.Va. July 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*